UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCELLUS WRIGHT, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-13-3545 |
| ALLY FINANCIAL, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

The joint stipulation of dismissal (Dkt. 22) is GRANTED. It is therefore ORDERED that this case is DISMISSED with prejudice.

Signed at Houston, Texas on December 15, 2014.

_____
Gray H. Miller
United States District Judge